ID# E-HEDGB5BA-2UG
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
23-A-5541
DEC 11, 2023 10:53 AM
Robin C. Bishop
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **NAKIA HAMPTON** | § | |
| **Plaintiff,** | § | **CIVIL ACTION FILE:** |
| | § | |
| **v.** | § | **NUMBER:** |
| | § | |
| **PUBLIX SUPER MARKETS INC.,** | § | |
| **MAPLEBEAR INC. dba as** | § | |
| **INSTACART, JOHN DOE** | § | |
| **CORPORATION and JOHN DOE.** | § | |
| **Defendants.** | § | |
| | § | |

## COMPLAINT FOR DAMAGES

COMES NOW NAKIA HAMPTON, hereinafter referred to as "Plaintiff" and hereby file her Complaint for Damages against PUBLIX SUPER MARKETS, INC., MAPLEBEAR INC. dba as INSTACART, JOHN DOE CORPORATION and JOHN DOE hereinafter referred to as "Defendant or Defendants," and in support setting forth the following:

## PARTIES AND JURISDICTION

1.

Plaintiff Nakia Hampton resides at 90 Hazelhurst Drive, Covington, GA, and is subject to the jurisdiction of this Court.

2.

Publix Super Markets, Inc.(hereinafter "Defendant Publix"), is a foreign corporation existing under the laws of Florida with its principal place of business in 3300 Publix Corporate Parkway, Lakeland, FL, 33811, USA and may be served

through its registered agent Corporate Creations Network Inc. at 2985 Gordy Parkway, 1st Floor, Marietta, GA, 30066, and is subject to the jurisdiction of this Court.

3.

Maplebear, Inc. dba Instacart (hereinafter "Defendant Instacart") is a foreign corporation existing under the laws of Delaware with its principal place of business in 50 Beale Street, Suite 600, San Francisco, CA, 94105, and may be served through its registered agent C T Corporation System at 289 S. Culver Street, Lawrenceville, GA, 30046, and is subject to the jurisdiction of this Court.

4.

Defendant John Doe Corporation and Defendant John Doe are unknown at the time of filing and will be named and served in accordance with Georgia law once their identities and addresses are discovered in this matter.

5.

Jurisdiction and venue are proper in this court.

**FACTS APPLICABLE TO ALL COUNTS**

6.

On February 3, 2022, Plaintiff was an invitee at Salem Road Station location of Publix Super Markets, Inc. (Defendant Publix retail store)1305 Browns Bridge Rd., Covington, GA 30016.

7.

Plaintiff slipped and fell on a wet liquid substance inside Defendant Publix's retail store.

8.

Defendant Publix had no signs, cones, or other warnings in the area of the incident at the time of the fall.

9.

Defendant Publix had exclusive ownership, possession, and control over the property in which the incident occurred at all times relevant to this litigation.

10.

Defendant Instacart, John Doe Corporation and John Doe at all times in this incident were agents of Defendant Publix.

11.

As a result of the Plaintiff's fall, she suffered personal injuries to her cervical spine and other areas of her body. Plaintiff has incurred medical expenses in excess of $100,000.00.

**COUNT 1**

**PREMISES LIABILITY**

11.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 11 above as if fully restated.

12.

Plaintiff was an invitee on the premises of Defendant Publix at the time of the fall.

13.

Defendant Publix owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as plaintiff.

14.

Defendant Publix was negligent in failing to properly inspect the area where the fall occurred, in failing to remove the hazard from the floor, in failing to take adequate measures to protect invitees from substances on the floor, in failing to

train, and manage its employees and/or agents and in failing to keep the premises safe for invitees.

15.

Defendant's negligence was the proximate cause of Plaintiff's injuries.

**COUNT 2**

**VICARIOUS LIABILITY**

16.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 15 above as if fully restated.

17.

At all times relevant to this action, the individuals responsible for inspecting, cleaning, operating, and maintaining the area where Plaintiff fell were employed by Defendant Publix and/or were agents of Defendant Publix and as such were acting within the scope of their employment.

18.

Defendant is responsible for the conduct of these individuals under the doctrine of *respondeat superior*, agency or apparent agency.

**COUNT 3**

**NEGLIGENT TRAINING & SUPERVISION**

19.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 18 above as if fully restated.

20.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning, and maintenance

were performed on the premises and in failing to train its employee(s) and/or agent(s) concerning safety procedures for inspecting, cleaning, and maintaining the premises.

21.

Defendant Publix was negligent in training and supervising its employee(s) staff and/or its agent(s).

22.

As a result of Defendant Publix's negligence in training and supervising its employees, and agents, Plaintiff was injured on the premises.

**COUNT 4**

**AGENCY LIABILITY**

23.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 22 above as if fully restated.

24.

On information and belief, Defendant Publix had a custom and practice of engaging and a business relationship with Defendant Instacart and/or John Doe Corporation to perform personal shopper services at its retail stores for its Publix customers.

25.

On information and belief, at the time of the subject incident, Defendant John Doe was an agent and subject to the direction and control of Defendant Instacart and/or John Doe Corporation.

26.

On information and belief, Defendant John Doe was acting within the scope of their engagement and for the benefit of Defendant Instacart, John Doe

Corporation and Defendant Publix when he/she negligently failed to warn, maintain, clear the hazard from the Defendant Publix floor which was the cause of the subject incident.

27.

Defendant Publix, Defendant Instacart, Defendant John Doe Corporation are responsible for the negligent actions of defendant John Doe for the personal injuries sustained by the Plaintiff.

**WHEREFORE**, Plaintiff prays that she have a trial on all issues and judgment against Defendant(s) as follows:

(a) That Plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

(b) That Plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c) That Plaintiff recover such other and further relief as is just and proper;

(d) That all issues be tried before a jury.

This 11th day December 2023.

***Respectfully Submitted***

**COHEN & SINOWSKI,**
A PROFESSIONAL CORPORATION
***/s/ Scott S. Cohen***
**Scott S. Cohen**
Georgia Bar Number 888269
***/s/ Thomas C. Sinowski, II***
**Thomas C. Sinowski, II**
Georgia Bar Number 378769

Attorneys for the Plaintiff